DOUGLAS O. ROBERTSON, Suing for Himself as Stockholder, and All Other. Stockholders of MARINE TRANSIT CORPORATION in Like Situation, etc., Respondent, v. JOHN D. SCHOONMAKER and Others, Appellants, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

SNOW REALTY CORPORATION, Respondent, v. BESSIE COHEN, Individually and as Executrix, etc., of DAVID COHEN, Deceased, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

STATE OF OHIO ex rel. I. J. FULTON, Superintendent of Banks, in Charge of the Liquidation of FARMERS' MERCHANTS' BANK OF BEAVERDAM, OHIO, Appellant, v. NATHAN SAAL and Others, Individually and as Copartners, Doing Business under the Firm Name and Style of SAAL BROS., Respondents, and SAAL BROS., INC., Defendant. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

STATE OF OHIO ex rel. I. J. FULTON, Superintendent of Banks, in Charge of the Liquidation of FARMERS' MERCHANTS' BANK OF BEAVERDAM, OHIO, Appellant, v. NATHAN SAAL and Others, Individually and as Copartners, Doing Business under the Firm Name and Style of SAAL BROS., Defendants, and SAAL BROS., INC., Respondent. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

STATE OF OHIO ex rel. I. J. FULTON, Superintendent of Banks, in Charge of the Liquidation of FARMERS' MERCHANTS' BANK OF BEAVERDAM, OHIO, Appellant, v. NATHAN SAAL and Others, Respondents, and Others, Defendants. (Appeal No. 3.) — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARY ANDERSON, Appellant, v. ST. ROSE OF LIMA'S ROMAN CATHOLIC CHURCH IN THE BOROUGH OF BROOKLYN IN THE CITY OF NEW YORK, Respondent.— Judgment reversed on the law and the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the plaintiff's proof presented a question of fact. The building code specifically includes churches within its provisions (Art. 4, § 70, subd. 2). The provisions of that code as to the requirements of interior stairways (Art. 8, § 153) are made applicable to exterior stairways (§ 154). Subdivisions 4 and 6 of section 153 (supra), setting forth the requirements of treads and risers and handrails, may be found upon the record before us to have been violated. Whether absence of handrails constituted a causal connection was a question of fact. Had such been present the plaintiff's fall might have been prevented. (See Willy v. Mulledy, 78 N. Y. 310, 316.) Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ., concur.

BANK OF NEW YORK AND TRUST COMPANY, as Executor of and Trustee under the Last Will and Testament of RUTH A. BRUCE-BROWN, Deceased, Appellant, v. ALBERT F. MILLER and Others, Defendants. LOUIS SILK, as Receiver, etc., Respondent.— Order settling receiver's account modified by disallowing the following items: " Removing dirt from cellar, $10; William MacTyre, repairing furnace and plumbing, $52.50; Mr. Powers, plumbing repairs, $6; " and by striking out the fifty dollars allowed as commissions and the receiver's account surcharged with those amounts. As so modified the order is affirmed, without costs,